UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 1

| | | |
|---|---|---|
| ERIKA LUNA | Date  08/19/2020 | KITHCART, CAROL JEAN |
| THE LAW OFFICE OF ERIKA LUNA | | |
| 1316 W. MAURETANIA ST. | Case Number  2:19-bk-18398-VZ | |
| WILMINGTON, CA 90744- | | 4511 KINGSWELL AVE |
| | Bar Date  09/26/2019 | LOS ANGELES CA 90027 |

## NOTICE OF INTENT TO PAY CLAIMS

Notice is hereby given to the debtor and counsel, if any, that the Trustee will pay the claims listed below. Any questions regarding this notice should be directed to the Trustee in writing at 1000 Wilshire Blvd., Suite 870, Los Angeles, CA 90017.

| | Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|---|
| 101-0 | INTERNAL REVENUE SERVICE | 07/24/2019 | 0.00 | 0.00 | | Priorty |
| | P.O. BOX 7317 | | | | | |
| | PHILADELPHIA, PA 19101-7317 | | | | | |
| 301-0 | FAY SERVICING, LLC | 09/13/2019 | 27,358.77 | 27,358.77 | | Secure |
| | P.O. BOX 814609 | | | | | |
| | DALLAS, TX 75381-4609 | | | | | |
| 401-0 | LVNV FUNDING LLC | 07/23/2019 | 0.00 | 8,493.40 | 100.00 | Unsec Disallowed |
| | RESURGENT CAPITAL SERVICES | | | | | |
| | P.O. BOX 10587 | | | | | |
| | GREENVILLE, SC 29603-0587 | | | | | |
| 402-0 | INTERNAL REVENUE SERVICE | 07/24/2019 | 0.00 | 0.00 | 100.00 | Unsec |
| | P.O. BOX 7317 | | | | | |
| | PHILADELPHIA, PA 19101-7317 | | | | | |

Continued on Next Page

UNITED STATES BANKRUPTCY COURT
Central District of California Los Angeles Division
Nancy Curry, Chapter 13 Standing Trustee

Page 2

In RE: KITHCART, CAROL JEAN           Case Number  2:19-bk-18398-VZ   8/19/2020

| Creditor | Date Filed | Scheduled | Claim Amount | Pay % | Class |
|---|---|---|---|---|---|
| 403-0 LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/23/2019 | 0.00 | 751.57 | 100.00 | Unsec<br>Disallowed |
| 404-0 LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE,SC 29603-0587 | 09/23/2019 | 0.00 | 1,651.79 | 100.00 | Unsec<br>Disallowed |
| 666-0 ERIKA LUNA<br>THE LAW OFFICE OF ERIKA LUNA<br>1316 W. MAURETANIA ST.<br>WILMINGTON,CA 90744- | 07/23/2019 | 6,900.00 | 6,900.00 | | Legal |
| TRS-0 NANCY CURRY, TRUSTEE | | 0.00 | 3,706.53 | | Trustee |

| Debt To Be Paid | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---|---|---|---|---|---|
| | 27,358.77 | 0.00 | 0.00 | 3,706.53 | 6,000.00 | 0.00 |

Total To Be Paid    37,065.30

/s/ Nancy Curry, Trustee

PLEASE NOTE THAT THE PLAN
AS PRESENTLY CONSTITUTED,
WILL NOT PAY OUT
WITHIN THE TIME PROPOSED

Continued on Next Page

# PROOF OF SERVICE

I declare that I am a citizen of the United States, above the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 8/19/2020 I served the within NOTICE OF INTENT TO PAY CLAIMS on: Debtor and Debtors attorney.
by first class mail with postage fully prepaid thereon.

KITHCART, CAROL JEAN
4511 KINGSWELL AVE
LOS ANGELES CA 90027

ERIKA LUNA
THE LAW OFFICE OF ERIKA LUNA
1316 W. MAURETANIA ST.
WILMINGTON CA 90744-

Executed at Los Angeles, California on 8/19/2020

/s/ Elizet Cash-Shelton