| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Erika Luna<br>Law Office of Erika<br>18000 Studebaker Road, Suite 700<br>Cerritos, CA 90703<br>Telephone 310-292-1954 Fax 562-381-9099<br>Bar No. 260813 CA<br>Email: ealunalegal@gmail.com<br><br>☒ *Attorney for* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br><br><br>Debtor(s), | CHAPTER<br><br>CASE NUMBER |
|---|---|
| Plaintiff(s),<br><br>vs.<br><br><br><br>Debtor(s). | ☐ ADVERSARY NUMBER (if applicable)<br>☒ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, ____Erika Luna____, ____260813____, ____ealunalegal@gmail.com____
         *Name*                            *Bar ID Number*                    *E-Mail Address*
☒ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☒ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address__18000 Studebaker Road Suite 700 Cerritos, CA 90703_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☒ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

  **Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

  **CHECK ONE BOX**
    ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
    ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
    ❏ I am, or
    ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  \*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: November 4, 2020                              _/s/ Erika Lamm_____
                                                     Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| | | |
|---|---|---|
| 1. | 2:19-bk-17111-NB | Gabriel Calvillo |
| 2. | 2:19-bk-17677-SK | Mary Katheryn Doggett-Davis |
| 3. | 2:19-bk-18398-VZ | Carol Jean Kithcart |
| 4. | 2:19-bk-19056-WB | Ricardo Chavez |
| 5. | 2:19-bk-20888-ER | Venustiano Lopez Carranza and Patricia Hernandez |
| 6. | 2:19-bk-23044-NB | Patrick Brian McGreal and Carol Ann McGreal |
| 7. | 2:19-bk-24367-NB | William Jose Rodriguez |
| 8. | 2:20-bk-10429-BB | Hovig Ishkhanian |
| 9. | 2:20-bk-10471-VZ | Juan Manuel Morales, Sr. |
| 10. | 2:20-bk-10532-SK | Sylvia Garcia Moreno |