CASSANDRA J. RICHEY
CA NO. 155721
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
3990 E. CONCOURS STREET, SUITE 350
ONTARIO, CA 91764
Phone: (626) 371-7000, Fax: (972) 661-7726
E-mail:  cdcaecf@bdfgroup.com
File No. 00000009124843

Attorney for Movant
WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2014-2

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>CAROL JEAN KITHCART<br>  (Estate of Carol Jean Kithcart)<br><br>Debtor(s). | CASE NO.:    2:19-bk-18398-VZ<br>CHAPTER:    13<br><br>STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOCKET ENTRY NO.  51)<br><br>[Property address: 4511 KINGSWELL AVENUE, LOS ANGELES, CA 90027]<br><br>DATE:       January 5, 2021<br>TIME:       9:30 AM<br>PLACE:    U.S. Bankruptcy Court<br>               Courtroom  1368<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

/ / /

/ / /

/ / /

# ADEQUATE PROTECTION AGREEMENT

*(This attachment is the continuation page for paragraph 7 of this order.)*

The stay remains in effect subject to the following terms and conditions:

1. ☐ The Debtor tendered payments at the hearing in the amount of $_____.

2. ☒ **The Debtor must make regular monthly payments in the amount of $1,875.53 commencing (*date*) 01/01/2021.** The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant under this Adequate Protection Agreement must be paid to Movant at the following address:

    Fay Servicing, LLC
    PO Box 814609
    Dallas TX 75381-4609

3. ☒ **The Debtor must cure the postpetition default computed through DECEMBER 2020 in the sum of $5,305.51 as follows:**

    | POST-PETITION ARREARAGES | | | | | | |
    |---|---|---|---|---|---|---|
    | 10/01/2020 | Through | 12/01/2020 | 3 | Payments@ | $ 1,875.53 | $ 5,626.59 |
    | | | | | | Less Post-Petition Suspense | **$ (1,552.08)** |
    | | | | | | Bankruptcy Fees and Costs (Motion for Relief) | $ 1,231.00 |
    | | | | | | Total Post-Petition Arrearages with Bankruptcy Fees and Costs | $ 5,305.51 |

    a. ☒ **In equal monthly installments of $ 884.26 each commencing (*date*) 02/15/2021 and continuing thereafter through and including (*date*) 06/15/2021,**

    b. ☒ **By paying the sum of $ 884.21 on or before (*date*) 07/15/2021,**

    c. ☐ By paying the sum of $_____ on or before (*date*)_____,

    d. ☐ By paying the sum of $_____ on or before (*date*)_____,

    e. ☐ Other (*specify*):

4. ☐ The Debtor must maintain insurance coverage on the Property and must remain current on all taxes that fall due postpetition with regard to the Property.

5. ☐ The Debtor must file a disclosure statement and plan on or before (*date*) _____
    The disclosure statement must be approved on or before (*date*) _____
    The plan must be confirmed on or before (*date*) _____

6. ☒ Upon any default in the terms and conditions set forth in paragraphs 1 through 5 of this Adequate Protection Agreement, Movant must serve written notice of default to the Debtor and the Debtor's attorney, if any. If the Debtor fails to cure the default within 14 days after service of such written notice:

    a. ☐ The stay automatically terminates without further notice, hearing or order.
    b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the court may grant without further notice or hearing.
    c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with LBRs.
    d. ☐ The Movant may move for relief from the stay on regular notice.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*    Page 4    **F 4001-1.RFS.RP.ORDER**

7. ☒ Notwithstanding anything contained in this Adequate Protection Agreement to the contrary, the Debtor shall be entitled to a maximum of (*number*) __three (3)__ notices of default and opportunities to cure pursuant to the preceding paragraph.  Once the Debtor has defaulted this number of times on the obligations imposed by this order and has been served with this number of notices of default, Movant is relieved of any obligation to serve additional notices of default or to provide additional opportunities to cure.  If an event of default occurs thereafter, Movant will be entitled, without first serving a notice of default or providing the Debtor with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform under this Adequate Protection Agreement, together with a proposed order terminating the stay, which the court may enter without further notice or hearing.

8. ☒ This Adequate Protection Agreement is binding only during the pendency of this bankruptcy case.  If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, this Adequate Protection Agreement ceases to be binding and Movant may proceed to enforce its remedies under applicable nonbankruptcy law against the Property and/or against the Debtor.

9. ☒ If Movant obtains relief from stay based on the Debtor's defaults under this Adequate Protection Agreement, the order granting such relief will contain a waiver of the 14-day stay as provided in FRBP 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this order without prejudice to or waiver of any rights or remedies to which Movant would otherwise have been entitled under applicable nonbankruptcy law.

11. ☐ Other (*specify*):


Prepared and submitted by:
**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**

/s/ Cassandra J. Richey                                Dated: 01/07/2021
Cassandra J. Richey
Attorneys for Movant


Approved as to form and content by:
**THE LAW OFFICE OF ERIKA LUNA**

Erika Luna                                             Dated: 01/06/2021
Attorneys for Debtor (Estate of Carol Jean Kithcart)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                 Page 5                                 **F 4001-1.RFS.RP.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3990 E. CONCOURS STREET, SUITE 350, ONTARIO, CA 91764**

A true and correct copy of the foregoing document entitled: **STIPULATION RESOLVING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/7/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR)    TrusteeECFMail@gmail.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Erika Luna    ealunalegal@gmail.com, 9273@notices.nextchapterbk.com
- Cassandra J Richey    cdcaecf@bdfgroup.com
- Edward A Treder    cdcaecf@bdfgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Robert P Zahradka    caecf@tblaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 1/7/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Judge: Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, 255 E. Temple Street, Suite 1360, Los Angeles, CA 90012
Debtor: Carol Jean Kithcart, 4511 Kingswell Ave, Los Angeles, CA 90027
Debtor: Estate of Carol Jean Kithcart, 4511 Kingswell Avenue, Los Angeles, CA 90027
Debtor Attorney: Erika Luna, The Law Office of Erika Luna, 18000 Studebaker Rd. Suite 700, Cerritos, CA 90703
Trustee: Nancy K Curry, 1000 Wilshire Blvd., Suite 870, Los Angeles, CA 90017

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/7/2021 | CASSANDRA J. RICHEY | /s/ Cassandra J. Richey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1. PROOF.SERVICE