Nancy Curry
Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
(213) 689-3014  FAX (213) 689-3055

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION</td></tr>
</table>

| In re | CHAPTER 13 |
|---|---|
| KITHCART, CAROL JEAN | CASE NO. 2:19-bk-18398-VZ |
| | NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE BECAUSE PLAN PAYMENTS ARE DELINQUENT AND DUE TO A MATERIAL DEFAULT; THE PLAN'S MONTHLY PAYMENTS WILL NOT PAY ALL ALLOWED CLAIMS PRIOR TO ITS EXPIRATION 11 USC §1307(c) |
| Debtor | NO HEARING REQUIRED |

**PLEASE TAKE NOTICE** that Nancy Curry, Chapter 13 Trustee, will and hereby does move the Court to dismiss this case.

**Local Bankruptcy Rule 9013-1 (o)(1) provides that any response and request for hearing must be filed and served not later than 14 days of the date of service. A party who responds to a Trustee's motion to dismiss must obtain a hearing date from the Court and give notice thereof with the response LBR 3015-1 (w) (3).**

DATED:  March 3, 2021                                              /s/ Nancy Curry

**I, Nancy Curry, do hereby declare and state as follows:**

1. I am the Chapter 13 Trustee for Case No. LA 2:19-bk-18398-VZ, KITHCART, CAROL JEAN , debtor.

2. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would competently so testify.

3. The confirmed plan will expire before all allowed claims have been paid. A summary reflecting the allowed claims and balances remaining is attached hereto and is incorporated herein by reference.

4. Further, all of the required monthly payments have not been received. A receipt history is attached hereto and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and complete to the best of my knowledge.

Executed at Los Angeles, California on March 3, 2021.

                                                                          /s/Nancy Curry

TMD FEAS DELQ – NO HRG

Los Angeles Division Name Chapter 13 Standing Trustee | Page 1
Status of Case as of    03/03/2021    08:30 AM | Chapter 13

**1918398-VZ**

KITHCART, CAROL JEAN

**41 Rmng of 60 Mos.**
Percent Pay Uns    100
SSN: xxx-xx-3216   xxx-xx-

Atty: ERIKA LUNA
(310)292-1954

4511 KINGSWELL AVE
LOS ANGELES CA 90027

Debtor Plan Payment: $581.00 / M

Debtor Type:  Individual

Emplyr:

----- Last 6 Payments -----

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Filed | 07/18/2019 | 09/23/2020 | $600.00 | 05/29/2020 | $581.99 | Total Paid In | $8,179.89 |
| First Mtg Reset | 11/07/2019 | 09/23/2020 | $600.00 | 05/15/2020 | $581.99 | | |
| Confirmed | 07/13/2019 | 05/29/2020 | $581.99 | 05/15/2020 | $581.99 | | |
| Plan Filed | 07/06/2020 | | | | | | |
| Start Pmts | 08/17/2019 | | | | | | |
| Bar Date | 09/26/2019 | | | | | | |

Graduated Payment Plan

| | | | | | | |
|---|---|---|---|---|---|---|
| | Months | 1 | Thru | 12 | $578.00 | Per Month = | $6,936.00 |
| | Months | 13 | Thru | 60 | $581.00 | Per Month = | $27,888.00 |
| Status | 1 | ! 1AP 070620 - TX N/REQRD | | | | Okay to Pay:  Y |

| Creditor Name | Number | Held | Clm Num | Last Pymt | Term | Int Rate | Fixed Pymnt | Disb Code | Debt /Value | Principal Paid | Claimed /Pd Dir | Tot Int Pd /Accrd Int | Balance /% Uns Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE 09036200 | | | 101-0 | | Pri | | | 24 | $0.00 | | | | $0.00 |
| FAY SERVICING, LLC 06001577 | | | 301-0 | 10/20/2020 | Sec A | | | 24 | $27,358.77 | $1,531.67 | $27,358.77 | | $25,827.10 |
| LVNV FUNDING LLC 12000955 | | | 401-0 | | Uns | | | 33 | $0.00 | | $8,493.40 | | Disallwd |
| INTERNAL REVENUE SERVICE 09036200 | | | 402-0 | | Uns | | | 33 | $0.00 | | | | $0.00 |
| LVNV FUNDING LLC 12000955 | | | 403-0 | | Uns | | | 33 | $0.00 | | $751.57 | | Disallwd |
| LVNV FUNDING LLC 12000955 | | | 404-0 | | Uns | | | 33 | $0.00 | | $1,651.79 | | Disallwd |
| ERIKA LUNA 91092389 | | | 666-0 | 8/20/2020 | Lgl | | | 13 | $6,900.00 | $6,000.00 | $6,900.00 $900.00 | | $0.00 |
| NANCY CURRY, TRUSTEE 14009800 | | | TRS-0 | 9/23/2020 | Tru | | | 00 | $3,517.90 | $648.22 | | | $2,869.68 |

**1918398-VZ**

KITHCART, CAROL JEAN

Status as of     3/3/2021

4511 KINGSWELL AVE                              Atty: ERIKA LUNA                         41 Rmng of 60 Mos.
LOS ANGELES CA 90027                                                                    Payment:      $581.00   Per   M
First Pmt Date        08/17/2019        Delinquent  $2,823.11

| | Graduated Payment Plan | | | | | |
|---|---|---|---|---|---|---|
| Months | 1 | Thru | 12 | $578.00 | Per Month = | $6,936.00 |
| Months | 13 | Thru | 60 | $581.00 | Per Month = | $27,888.00 |

| Check | Batch Id | Date | Amount Paid | Src | Type | Description | Employer |
|---|---|---|---|---|---|---|---|
| 92320203 | 20090038 | 09/23/2020 | $600.00 | TF | TFS Billpay | MoneyGram Payment | |
| 92320204 | 20090038 | 09/23/2020 | $600.00 | TF | TFS Billpay | MoneyGram Payment | |
| 52920202 | 20050048 | 05/29/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 52920203 | 20050048 | 05/29/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 51520204 | 20050024 | 05/15/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 51520205 | 20050024 | 05/15/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 4920201 | 20040016 | 04/09/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 31620206 | 20030031 | 03/16/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 21120204 | 20020016 | 02/11/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 1920202 | 20010015 | 01/09/2020 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 12920191 | 19120016 | 12/09/2019 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 102420191 | 19100047 | 10/24/2019 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 92620192 | 19090045 | 09/26/2019 | $581.99 | TF | TFS Billpay | MoneyGram Payment | |
| 82320191 | 19080047 | 08/23/2019 | $7.00 | TF | TFS Billpay | MoneyGram Payment | |
| 82320194 | 19080044 | 08/22/2019 | $571.00 | TF | TFS Billpay | MoneyGram Payment | |

Total                               $8,179.89

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Nancy Curry, Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (specify): **NOTICE AND MOTION TO DISMISS CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐   Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On March 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addresses as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
KITHCART, CAROL JEAN

4511 KINGSWELL AVE
LOS ANGELES, CA 90027

Attorney for Debtor
ERIKA LUNA

18000 STUDEBAKER ROAD, STE 700
CERRITOS, CA 90703-

☐   Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
(state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 3, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under laws of the United States that the foregoing is true and correct.

| March 3, 2021 | Heather Pedroza | /s/ Heather Pedroza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                          **F 9013-3.1.PROOF.SERVICE**

KITHCART, CAROL JEAN

4511 KINGSWELL AVE
LOS ANGELES, CA 90027

ERIKA LUNA
THE LAW OFFICE OF ERIKA LUNA
18000 STUDEBAKER ROAD, STE 700
CERRITOS, CA 90703