ERIKA LUNA, ESQ. - STATE BAR # 260813
THE LAW OFFICE OF ERIKA LUNA
18000 STUDEBAKER RD. SUITE 700
CERRITOS, CA 90703
EALUNALEGAL@GMAIL.COM
PHONE (310) 292-1954
FAX (562) 381-9099

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Carol Jean Kithcart<br><br>(Estate of Carol Jean Kithcart) | Case No. 2:19-bk-18398-VZ<br><br>Chapter 13<br><br>OPPOSITION TO MOTION TO DISMISS CHAPTER 13 PROCEEDING AND NOTICE OF HEARING<br><br>Date: May 10, 2021<br>Time: 10:30 a.m.<br>Location: 255 E. Temple St. Los Angeles<br>Courtroom: 1368, 13th Floor<br><br>The Honorable Vincent Zurzolo, United States Bankruptcy Judge |

TO THE HONORABLE VINCENT ZURZOLO, NANCY CURRY, CHAPTER 13 TRUSTEE AND ALL INTERESTED PARTIES:

Debtor, (Estate of) Carol Jean Kithcart, hereby opposes the Motion of Nancy Curry, Chapter 13 Trustee, to dismiss debtor's Chapter 13 case on the grounds that payments will come current

1

by the time of the hearing on this matter. Also, debtor contends there is no material plan default as all claims other than debtors mortgage have been reduced to 0 or disallowed.

    You are hereby notified that a hearing on the Motion to Dismiss Debtors Chapter 13 case has been set for May 10, 2021 at 10:30am in Courtroom 1368 of the United States Bankruptcy Courthouse located at 255 E. Temple St. Los Angeles CA 90012.

                                    Respectfully Submitted,
                                    /s/ Erika Luna
                                  Erika Luna
                                  The Law Office of Erika Luna

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 18000 Studebaker Rd. Suite 700 Cerritos CA 90703

A true and correct copy of the foregoing document described as: **NOTICE OF HEARING AND OPPOSITION TO MOTION TO DISMISS CHAPTER 13 PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  03/15/2021  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Merdaud Jafarnia - bknotice@mccarthyholthus.com
Edward Treder -cdcaecf@bdfgroup.com
Robert Zahradka -caecf@tblaw.com
Nancy Curry -trustee13la@aol.com
Cassandra J Richey- cdcaecf@bdfgroup.com
Kelly Kaufmann -bknotice@mccarthyholthus.com
Javone Phillips - bknotice@mccarthyholthus.com

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On    03/15/2021     I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒                                                                                             Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on -----I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                             Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 15, 2021 | Erika Luna | /S/ Erika Luna |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| | | |
|---|---|---|
| (Estate of) Carol Jean Kithcart<br>4511 Kingswell Ave<br>Los Angeles, CA 90027 | | Employment Development Department<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280 |
| Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Internal Revenue Service (IRS)<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Lendup<br>Attn: Bankruptcy Department<br>225 Bush Street, 11th Floor<br>San Francisco, CA 94104 | Synchrony Bank/Walmart<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896 | |