Nancy Curry, Chapter 13 Standing Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA 90017
Tel: (213) 689-3014
Fax: (213) 689-3055

**FILED & ENTERED**

**MAY 12 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** johnson **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>CAROL JEAN KITHCART,<br><br><br><br><br><br>                    Debtor. | Chapter 13<br><br>Case No. **2:19-bk-18398-VZ**<br><br>**ORDER DENYING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**<br><br>**HEARING DATE/TIME**<br>Date:   May 10, 2021<br>Time:  11:00 A.M.<br>Place: 255 E. Temple Street, Ctrm 1368<br>           Los Angeles, CA 90012 |

    A hearing was held on the chapter 13 trustee's Motion to Dismiss Chapter 13 Case ("Motion", *docket #59*), . Appearances were as noted on the record. Based on the findings and conclusions made on the record, **IT IS ORDERED** that the Motion is **DENIED**.

####

Date: May 12, 2021

_____
Vincent P. Zurzolo
United States Bankruptcy Judge